J. E. Grady *et al.,* Plaintiffs in Error, v. T. D. Johnson *et al.,* Defendants in Error.

### Division A.

Writ of error to Circuit Court, Franklin county; John W. Malone, Judge.

H. C. Hicks and Geo. P. Raney for plaintiffs in error.

W. B. Sheppard and C. H. B. Floyd for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*